IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Civil Action No. 2:23-cv-01843-RBS <br><br> ORDER GRANTING JOINT MOTION TO HOLD CASE IN ABEYANCE FOR 90 DAYS |

AND NOW, this 25th day of September 2023, upon consideration of the Parties' Joint Motion to Hold Case In Abeyance for 90 Days (ECF No. 15), and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

s/ *R. Barclay Surrick*

**R. BARLCAY SURRICK**, USDJ.

1